# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**THERESA L. SMITH**  
**ADC #717744**                                                                 **PLAINTIFF**

v.                              No. 3:20-cv-390-DPM

**NURZUHAL FAUST, Warden,**  
**McPherson Unit; McPHERSON**  
**UNIT; and DOES, Nursing Staff,**  
**McPherson Unit Employees Medical**  
**Prison Staff**                                                                **DEFENDANTS**

## ORDER

On the same day the Magistrate Judge entered his recommendation, the Court received Smith's amended complaint. *Doc. 19 & 20.* The Court therefore declines the recommendation, *Doc. 19*, without prejudice and returns this case to the Magistrate Judge for screening of the amendment.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

9 March 2021