IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THEREASA L. SMITH                                                                                       PLAINTIFF
ADC #717744

v.                                          3:20-cv-00390-DPM-JJV

NURZUHAL FAUST; *et al.*                                                                           DEFENDANTS

## ORDER

Having reviewed Plaintiff Thereasa L. Smith's ("Plaintiff") Amended, Supplemented Complaint (Doc. Nos. 20, 23) for screening purposes,[1] the Court concludes service of Plaintiff's claims is appropriate as to Defendants Baiza, Tate, and Garoutte.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendants Baiza, Tate, and Garoutte.  The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 20), Summons, and this Order on each of them without prepayment of fees and costs or security therefore.  Service for Defendants Tate and Garoutte should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.  Service for Defendant Baiza should be attempted through Humphries, Odom & Eubanks, 1901 Broadway Street, Little Rock, Arkansas 72206.

DATED this 17th day of March 2021.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a).