IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THEREASA L. SMITH                                                PLAINTIFF
ADC #717744

v.                          No. 3:20-cv-390-DPM

NURZUHAL FAUST, Warden,
McPherson Unit; McPHERSON
UNIT; DOES, Nursing Staff,
McPherson Unit Employees Medical
Prison Staff; BAIZA; TATE;
and GAROUTTE                                                    DEFENDANTS

ORDER

1. *Doc. 27* is a partial report and recommendation. The Court directs the Clerk to amend the docket and to reinstate the referral.

2. The Court makes one modification to the unopposed partial recommendation. The first sentence of section III(B) states that Smith sued the Defendants in their official capacities only. *Doc. 27 at 4*. This is a typo; Smith's amended complaint also made individual capacity claims, which the recommendation analyzes in detail. *Doc. 27 at 5–13*.

3. The Court otherwise adopts the unopposed partial recommendation. *Doc. 27*; FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Smith may proceed with her deliberate indifference and conditions of confinement claims against Baiza, Tate, and Garoutte. There's a carve-out, though: if Baiza, Tate, and Garoutte

are ADC employees, then any official capacity damages claims against them are barred by sovereign immunity. All other claims and Defendants are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 April 2021