IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THEREASA L. SMITH                                              PLAINTIFF
ADC #717744

v.                          No. 3:20-cv-390-DPM

NURZUHAL FAUST, Warden,
McPherson Unit; McPHERSON
UNIT; DOES, Nursing Staff,
McPherson Unit Employees Medical
Prison Staff; BAIZA; TATE;
and GAROUTTE                                                  DEFENDANTS

ORDER

The Court has considered Smith's belated objections. Doc. 33 & 34. On *de novo* review, they're partly sustained and partly overruled. FED. R. CIV. P. 72(b)(3). Smith clarifies that she isn't seeking compassionate release or relief on behalf of a class. She also notes that Defendant Garoutte is a nurse, not a cook. The Court appreciates these corrections and sustains the objections on those points.

The remaining objections are overruled. If Smith wants to plead more facts about certain claims or Defendants, then she must get permission to file an amended complaint. But she can't amend her complaint by way of her objections; and she can't add piecemeal supplements to her complaint.

So Ordered.

*D.P. Marshall Jr.*
*signature*
D.P. Marshall Jr.
United States District Judge

9 April 2021