# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | | |
|---|---|---|
| THEREASA L. SMITH<br>ADC #717744 | *<br>*<br>* | |
| Plaintiff, | * | |
| v. | * | No. 3:20-cv-00390-JJV |
| | * | |
| NURZUHAL FAUST,<br>Warden, McPherson Unit, *et. al* | *<br>* | |
| | * | |
| Defendants. | * | |

## **MEMORANDUM AND ORDER**

On February 28, 2022, I entered a Memorandum and Order (Doc. 69) clarifying which claims remained in this civil rights action, denying Defendants' Motion for Summary Judgment (Doc. 65), and giving Defendants the opportunity to refile a properly supported motion addressing the relevant claims. I also explained Plaintiff would have an opportunity to respond if Defendants decided to file a Second Motion for Summary Judgment. It appears Plaintiff was confused by my instructions. On March 14, 2022, she filed a "Motion for Summary Judgment" (Doc. 70) that is actually a response to the <u>denied</u> Motion for Summary Judgment.[1] Accordingly, Plaintiff's Motion for Summary Judgment is denied as moot.

On March 31, 2022, Defendants filed a Second Motion for Summary Judgment, a Brief in Support, and a Statement of Undisputed Facts. (Docs. 71, 72, 73.) Plaintiff now has fourteen days to file a: (1) Response to the Second Motion for Summary Judgment; (2) a Brief in Support explaining why Defendants' arguments for dismissal are incorrect; and (3) a Statement of Disputed

---

[1] Plaintiff correctly followed my instructions on <u>how</u> to file a proper Statement of Disputed Facts. But there was no need for her to do so, at that time, because Defendants' first Motion for Summary Judgment had been denied.

Facts stating whether she agrees or disputes <u>each</u> of the <u>sixteen</u> <u>individually numbered</u> paragraphs in Defendants' Statement of Undisputed Facts (Doc. 73). If Plaintiff does not timely do so, the facts in Defendants' Statement of Undisputed Facts (Doc. 73) will be deemed admitted by her. *See* Local Rule 56.1(c) ("All material facts set forth in the statement filed by the moving party pursuant to paragraph (a) shall be deemed admitted unless controverted by the statement filed by the non-moving party"); *Jackson v. Ark. Dep't of Educ., Vocational & Tech. Educ. Div.*, 272 F.3d 1020, 1027 (8th Cir. 2001) (pursuant to Local Rule 56.1(c), a plaintiff who failed to respond to the motion for summary judgment "forfeited her ability to contest the facts presented" by the defendant).

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment (Doc. 70) is DENIED as moot.

2. Plaintiff's Response to Defendants' Second Motion for Summary Judgment, Brief, and Statement of Undisputed Facts (Docs. 71, 72, 73) must be filed **on or before April 19, 2022.**

Dated this 5th day of April 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE