IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| THEREASA L. SMITH<br>ADC #717744<br><br>              Plaintiff,<br>v.<br><br>NURZUHAL FAUST,<br>Warden, McPherson Unit, *et. al*<br><br>             Defendants. | No. 3:20-cv-00390-JJV |

## JUDGMENT

Pursuant to the Memorandum and Order entered today and the previously entered Orders (Docs. 30, 60) of partial dismissal, it is considered, ordered, and adjudged that Plaintiff's claims are DISMISSED, and this case is CLOSED. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 27th day of April 2022.

                                                                             _____
                                                                             JOE J. VOLPE
                                                                              UNITED STATES MAGISTRATE JUDGE